SCANNED at ISP and Emailed on _____ by _____ - _____ pages
(date)    (Initials)    (num)

*Consent to Receipt of Documents through Prisoner Electronic Filing Program*

I am participating in the United States District Court for the Northern and Southern Districts of Indiana Prisoner Electronic Filing Program ("E-Filing Program").

When The Court issues an order, Entry, or other document, a *Notice of Electronic Filing* is automatically generated and sent to Library Staff. In order to receive copies of documents issued by The Court more quickly, I consent, pursuant to *Fed.R.Civ.P. 5(b)(2)(F)*, to be served with documents issued by the Court via the E-Filing Program. By consenting to Participate, I will receive, via the institutional mail, a printed copy of any ruling or notice issued by The Court in the case and a copy of the Notice of Electronic Filing.

This consent is valid as long as I reside at my current Correctional Facility. A new consent form will need to be signed if I am transferred and the new facility participates in the E-Filing Program. I acknowledge that it is my obligation to notify the Court of any change in my address.

Name: _Luis Hector Jones_    Date _02-02-2024_

D.O.C. Number: _271003_
Address: _____

_____

_____

Case Filed In: (Check One)

Northern District of Indiana _✓_
Southern District of Indiana _____

Cause Number (If Pending at time of Consent): _____

Type of Document: _Motion to unseal Warrant Affidavit_

1